IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anginette Jackson, | : | |
| Plaintiff | : | Civil Action 2:03-cv-1177 |
| v. | : | Judge Smith |
| Ohio Department of Taxation, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

On November 17, 2004, the Court granted plaintiff's attorney's motion to withdraw and ordered Ms. Jackson to retain a new attorney who entered an appearance within 30 days. On December 17, 2004, plaintiff's motion to extend that deadline was granted. She was directed to retain a new attorney within 45 days. Alternatively, if she did not retain a new attorney but wanted to prosecute this lawsuit, she was required to file a statement that she would represent herself within 45 days. Plaintiff Jackson did not retain new counsel, and she did not file a statement of her intent to represent herself.

On March 21, 2005 plaintiff was ordered to show cause within eleven days why this case should not be dismissed for want of prosecution and failure to obey an Order of the Court. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(b). She did not respond to that order.

On April 1, 2005, defendant filed a motion for sanctions based on plaintiff's failure to attend her duly noticed deposition. (Doc. 19.) Defendant seeks the sanction of dismissal under Rule 27(d), Fed. R. Civ. P. Plaintiff has not filed a response to that motion.

Plaintiff has failed to prosecute this lawsuit, has failed to comply with orders of the court,

and has failed to submit to deposition.  Accordingly, defendant's April 1, 2005 motion for sanctions (doc. 19) is GRANTED.  The Clerk of Court is DIRECTED to enter JUDGMENT dismissing this case for want of prosecution, failure to comply with orders of the court, and failure to attend her duly noticed deposition.

                                                /S/ George C. Smith
                                                George C. Smith
                                                United States District Judge